**Motion Granted; Order filed December 22, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00880-CV
_____

### TRANSAMERICA CORPORATION, Appellant

### V.

### BRAES WOODS CONDO ASSOCIATION INC., Appellee

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-12580**

## ABATEMENT ORDER

On December 5, 2016, appellant filed a motion seeking an extension of time to pay the filing fee because the parties are engaged in discussions to resolve the issues on appeal. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until February 20, 2017. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to

reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.